# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **LAWRENCE M. MONARI,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) **CASE NO. 6:17-cv-01081-GAP-DCI** |
| **GENERAL MOTORS FINANCIAL COMPANY, INC.,** | ) ) ) |
| **Defendant.** | ) ) |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** plaintiff Lawrence M. Monari and defendant AmeriCredit Financial Services, Inc. d/b/a GM Financial, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby jointly stipulate that this action is dismissed, with prejudice, with the parties to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 1st day of December, 2017.

| | |
|---|---|
| *s/ Shaughn C. Hill (with permission)* | */s/ R. Frank Springfield* |
| Shaughn C. Hill | R. Frank Springfield |
| Florida Bar No. 105998 | Florida Bar No. 0010871 |
| MORGAN & MORGAN, TAMPA, P.A. | BURR & FORMAN LLP |
| One Tampa City Center | 200 S. Orange Avenue, Suite 800 |
| 201 North Franklin Street, 7th Floor | Orlando, FL 32801 |
| Tampa, Florida 33602 | Telephone: (407) 540-6600 |
| Telephone: (813) 223-5505 | Facsimile: (407) 540-6601 |
| Facsimile: (813) 222-5402 | fspringf@burr.com |
| SHill@forthepeople.com | |
| | Attorney for Defendant |
| Attorney for Plaintiff | AmeriCredit Financial Services, Inc. d/b/a |
| LAWRENCE M. MONARI | GM Financial |

30862989 v1

## CERTIFICATE OF SERVICE

      I hereby certify that on this 1st day of December, 2017, I filed a true and correct copy of the foregoing via the CM/ECF system, which will provide notice to the following counsel of record:

Shaughn C. Hill<br>
Morgan & Morgan, Tampa, P.A.<br>
201 N. Franklin Street, 7th Floor<br>
Tampa, FL 33602

                              *s/ R. Frank Springfield*
                              OF COUNSEL